UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JENNIFER FIELDS,            )
        Plaintiff,            )
                            )
v.                          )            **JUDGMENT**
                            )
                            )            No. 5:17-CV-482-FL
SICKLE CELL DISEASE ASSOCIATION )
OF AMERICA                  )
        Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 26, 2018, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on September 26, 2018, and Copies To:**
Alexander C. Kelley (via CM/ECF Notice of Electronic Filing)
Eric C. Rowe / Jennifer S. Jackman (via CM/ECF Notice of Electronic Filing)

September 26, 2018        PETER A. MOORE, JR., CLERK
                                 /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk